# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| Shakeera Anderson | : |  |
|  | : |  |
| v. | : |  |
| Crozer-Chester Medical Center,<br>Crozer-Keystone Health System |  |  |
|  | : |  |
|  | : | NO. 13-2660 |

## CIVIL JUDGMENT

BEFORE CYNTHIA M. RUFE

       AND NOW, this 13th day of January, 2014, it appearing that an Arbitration Award was entered and filed on December 4, 2013, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

       ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff Shakeera Anderson in the amount of $15,234.92.


ATTEST:                         OR                         BY THE COURT:


By:_____                                /s/ Cynthia M. Rufe
Deputy Clerk                                       CYNTHIA M. RUFE, J.

ARB 16